Case No. 24-1720 | 24-1848

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

---

---

**TINA MCPHERSON**
    **Plaintiff/Appellant,**

v.

**SUBURBAN ANN ARBOR, LLC**
    **Defendant/Appellee**

---

---

On Appeal from the United States District Court
for the Eastern District of Michigan
Southern Division
Case No. 2:20-cv-13152-DML-DRG
David M. Lawson, District Judge

---

**APPELLANT'S MOTION TO
RESCHEDULE ORAL ARGUMENT**

Submitted by:      IAN B. LYNGKLIP (P47173)
             LYNGKLIP & ASSOCIATES,
             CONSUMER LAW CENTER, PLC
             Attorney for Plaintiff-Appellee
             13751 W. 11 Mile
             Oak Park, MI 48237
             (248) 208-8864

The Appellants (Plaintiffs) request that this Honorable Court reschedule oral argument in this case, currently set for April 30, 2025 for the following reasons.

On April 29 and 30, 2025, Counsel for Appellant (Duran Keller) will be teaching a trial skills workshop to consumer protection attorneys for the National Association of Consumer Advocates (NACA) and the National Consumer Law Center (NCLC). This intensive event will take place in Long Beach, California at the Hyatt Regency Long Beach. NACA and NCLC have marketed this event for the better part of a year, and Attorneys participating have paid for this training based on the faculty and program Mr. Keller is currently scheduled to provide. The session has surpassed the capacity of registrants allotted, resulting in the denial of prospective attendees' requests to increase the number of participants. Mr. Keller has taught a trial skills program for NACA for multiple years. The website for the upcoming training can be found here: https://www.consumeradvocates.org/training-events/naca-spring-training/trial-skills/

For these reasons, Appellant requests that the Court reschedule the oral argument for a day that does not conflict with the previously schedule conference.

Respectfully Submitted,

By: s/ Ian B. Lyngklip
IAN B. LYNGKLIP (P47173)
**LYNGKLIP & ASSOCIATES,**
**CONSUMER LAW CENTER, PLC**
Attorney for Plaintiff-Appellee
13751 W. 11 Mile,
Oak Park, MI   48237
(248) 208-8864

Dated: March 12, 2025

Case No. 24-1720 | 24-1848

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**TINA MCPHERSON**
        **Plaintiff/Appellant,**
v.

**SUBURBAN ANN ARBOR, LLC**
        **Defendant/Appellee**

## CERTIFICATE OF SERVICE

    Ian B. Lyngklip, being an attorney of record in this case, certifies that on March 12, 2025, he served a copy of Appellant's Motion to Reschedule Oral Argument on the attorneys for Appellees using the Court's CMECF System.

**I declare under penalty of perjury the above statements are true and accurate to the best of my knowledge, information, and belief.**

        Respectfully Submitted,

        By: s/ Ian B. Lyngklip
        IAN B. LYNGKLIP (P47173)
        **LYNGKLIP & ASSOCIATES,**
        **CONSUMER LAW CENTER, PLC**
        Attorney for Plaintiff-Appellee
        13751 W. 11 Mile,
        Oak Park, MI   48237
        (248) 208-8864

Dated: March 12, 2025